185 So. 920

## Mertis DUSKIN v. STATE.
### 6 Div. 322.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.